# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1245**
**CA 16-00497**
PRESENT: PERADOTTO, J.P., CARNI, CURRAN, TROUTMAN, AND SCUDDER, JJ.

---

MARCIA WENTLAND, PLAINTIFF-APPELLANT,

V                                                      ORDER

E.A. GRANCHELLI DEVELOPERS, INC., AND K.M.
TREATS, DEFENDANTS-RESPONDENTS.
(APPEAL NO. 1.)

---

BROWN CHIARI LLP, BUFFALO (DAVID W. OLSON OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

LAW OFFICES OF DESTIN C. SANTACROSE, BUFFALO (LISA DIAZ-ORDAZ OF
COUNSEL), FOR DEFENDANT-RESPONDENT E.A. GRANCHELLI DEVELOPERS, INC.

HAGELIN SPENCER LLC, BUFFALO (WILLIAM SWIFT OF COUNSEL), FOR
DEFENDANT-RESPONDENT K.M. TREATS.

-------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Niagara County (Frank
Caruso, J.), entered January 22, 2016. The order denied the motion of
plaintiff to set aside a verdict.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*,
155 AD2d 435; *see also* CPLR 5501 [a] [1]).

Entered:  December 23, 2016                    Frances E. Cafarell
                                               Clerk of the Court